# UNITED STATES BANKRUPTCY COURT

District of:  Northern Illinois

**Voluntary Petition**

| Name of Debtor    (If Individual, enter Last, First, Middle) | Name of Joint Debtor    (If Individual, enter Last, First, Middle) |
|---|---|
| Smith, Willie Mae | N.A. |

| All other names used by the debtor in the last 6 years, including married, maiden and trade names: | All other names used by the joint debtor in the last 6 years, including married, maiden and trade names: |
|---|---|
| N.A. | N.A. |

| Social Security/Tax ID Number:  (If more than one, please state all) | Social Security/Tax ID Number:  (If more than one, please state all) |
|---|---|
| | N.A. |

| Street Address of Debtor:    (Number, City, State, Zip) | Street Address of Joint Debtor:    (Number, City, State, Zip) |
|---|---|
| 318 E. 144th Street<br>Dolton, IL 60619 | N.A. |

| County of Residence or Principal Place of Business: | County of Residence or Principal Place of Business: |
|---|---|
| Cook | N.A. |

| Mailing Address Of Debtor:    (if different than street address) | Mailing Address Of Joint Debtor:    (if different than street address) |
|---|---|
| N.A. | N.A. |

| Location of Principal Assets of Business Debtor:    (if different than address listed above) |
|---|
| N.A. |

## Information Regarding Debtor (Check The Applicable Boxes)

**Venue:** Check any that apply

- [X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer period of such 180 days than in any other district.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district.

**Type of Debtor:**    (Check all boxes that apply)

- [X] Individual
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code**

Under which the petition is filed

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] § 304 Case ancillary to foreign proceeding.

**Nature of Debt:**    Check one box)

- [X] Consumer/Non-Business
- [ ] Business

**Filing Fee:**  (Check one box)

- [X] Filing Fee is attached.
- [ ] Filing fee to be paid in installments (Applicable to individuals only) Must attach a signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).

**Chapter 11 Small Business:**    (Check all that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered small business under 11 U.S.C. § 1121(e) (Optional).

**Statistical/Administrative Information:**      (Estimates Only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative fees have been paid there will be no funds available for distribution to creditors.

**Estimated Number of Creditors**

| | | |
|---|---|---|
| [X] 1-15 | [ ] 50-99 | [ ] 200-999 |
| [ ] 16-49 | [ ] 100-199 | [ ] 1000 or more |

**Estimated Assets:**

| | | |
|---|---|---|
| [X] $0-$50,000 | [ ] $100,000-$500,000 | [ ] $1 million to $10 million |
| [ ] $50,000-$100,000 | [ ] $500,001-$1 million | [ ] $10 million to $100 million |

**Estimated Debts:**

| | | |
|---|---|---|
| [X] $0-$50,000 | [ ] $100,000-$500,000 | [ ] $1 million to $10 million |
| [ ] $50,000-$100,000 | [ ] $500,001-$1 million | [ ] $10 million to $100 million |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/17/2005
Time: 11:06:36
Debtor: WILLIE MAE SMITH
Case: 05-19627    Fee : 209
Chapter: 7  Rec. # : 3130796
Judge: John Squires
341 mtg: 06/30/2005 @ 03:30PM
Trustee: DAVID LEIBOWITZ

1:05BK19627-BK001

**Voluntary Petition**

This page to be completed and filed in every case

| Name of Debtor(s): |
| --- |
| Willie Mae Smith |

### Prior Bankruptcy Case Filed Within Last 6 Years: (If more than one, attach additional sheet)

| Location where filed: None | Case Number: | Date Filed: |
| --- | --- | --- |

### Pending Bankruptcy Case Filed by any Spouse, Partner, Affiliate of this Debtor: (If more than one, attach additional sheets)

| Name of Debtor: None | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this Petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, 13 of title 11, United States Code, understand the relief under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Willie M. Smith*
Signature of Debtor

X  N.A
Signature of Joint Debtor

Telephone (if not represented by attorney)

Date:

## Signature of Attorney

X *Christine Marshall*
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s):
Christine Marshall

Firm Name:
Christine Marshall

Address
33 W. Delaware

Chicago, IL 60610

Telephone Number:
312/337-8502

Date:   **3/19/05**

## N.A. Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities exchange Act of 1934 and is requesting relief under chapter 11)

[ ]   Exhibit A is attached and made part of this petition.

## Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that[he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *Christine Marshall*
Signature of attorney for Debtor(s)

## N.A. Signatures of Debtor(s) (Corporation/Partnership)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I have prepared this document for compensation, and that I have provided the debtor with a copy of this document.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X
Signature of authorized individual

Print name of authorized individual

Title of individual Authorized by Debtor to File this Petition

Date

## N.A. Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I have prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Signature of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF:**

In Re:  Willie Mae Smith              Debtor(s)    Case No.:

                                                        (If Known)

See summary below for the list of schedules.  Include the Unsworn Declaration under Penalty of Perjury at the end.

**General Instructions:** Schedules, D, E, and F have been designed for the listing of each claim only once.  Even when a claim is
secured only in part, or entitled to priority only in part, it should only be listed once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a
claim which is entitled to priority in whole or in part should be listed in Schedule E only.
Do not list the same claim twice.  If a creditor has more than one claim, such as claims
at each claim should be made separately.

Review the specific instructions for each schedule before completing the schedule.

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages each.  Report the totals from Schedules
A, B, D, E, F, I and J in the boxes provided.    Add the amounts from Schedules A and B to Determine the total amount of debtor's assets
Add the amounts from schedules D, E, and F to determine the total amount of debtor's liability.

| Name of Schedule | Attached? (Y/N) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A- Real Property | | | $\cancel{0}$ | | |
| B- Personal Property | | | 3,750 | | |
| C- Property Claimed as Exempt | | | | | |
| D- Creditors Holding Secured Claims | | | | 0 | |
| E- Creditors Holding Unsecured priority Claims | | | | 0 | |
| F- Creditors Holding Unsecured Nonpriority Claims | | | | 31,317.07 | |
| G- Executory Contracts and Unexpired Leases | | | | | |
| H- Codebtors | | | | | |
| I- Current Income of Individual Debtor(s) | | | | | 1,988.92  2,609.58 |
| J- Current Expenditures of Individual Debtor(s) | | | | | 2,579 |
| Total Number of Sheets of all Schedules: | | | | | |
| | | Total Assets: | 3,750 | | |
| | | Total Liabilities: | | 31,317.07 | |

In Re:   Willie Mae Smith                              Debtor(s)      Case No.:

(If Known)

## Schedule A- Real Property

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| Total: > | | | $0.00 | (Verify amount on Summary of Schedules) |

## Schedule B- Personal Property

| Type of Property | N O N E | Description and Location of Property | H W J C | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 1 Cash on Hand | X | | | |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Sherwin-Williams Credit Union  South Branch--Checking | | $300.00 |
| 3 Security deposits with public utilities, telephone companies, landlords and others. | | Rental Deposit--Amos Nelson | | $775.00 |
| 4 Household goods and furnishings including audio, video and computer equipment. | | | | $400.00 |
| 5 Books; pictures and other art objects; antiques; stamp, record, tape, C.D. and other collections or collectibles. | X | | | |
| 6 Wearing Apparel. | | | | $400.00 |
| 7 Furs and Jewelry. | X | | | |
| 8 Firearms and sports, photographic and other hobby equipment. | | | | |
| 9 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value. | X | | | |

# SCHEDULE B
# PERSONAL PROPERTY

In Re:   Willie Mae Smith                              Case No.:                                        (If Known)

| Type of Property | N O N E | Description and Location of Property | H W J C | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 10  Annuities. Itemize and name each issuer. | X | | | |
| 11  Interests in IRA, ERISA, Keough or other pension or profit sharing plans.  Itemize. | X | | | |
| 12  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13  Interest in partnerships or joint ventures.  Itemize. | X | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15  Accounts Receivable. | X | | | |
| 16  Alimony, maintenance, support, and property set-tlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds. Give Particulars. | X | | | |
| 18  Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 20  Other contingent and unliquid-ated claims of every nature, includ-ing tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | | Personal injury suit against Family Dollar and Freito Lay | | Unknown |
| 21  Patents, copyrights and other intellectual property. Give particulars. | X | | | |
| 22  Licenses, franchises and other general intangibles.  Give particulars. | X | | | |
| 23  Automobiles, trucks, trailers and other vehicles and accessories. | | 1997 Geo Metra | | $1,700.00 |
| 24  Boats, motors and accessories | X | | | |
| 25  Aircraft and accessories. | X | | | |
| 26  Office equipment, furnishings and supplies. | X | | | |
| 27  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28  Inventory. | X | | | |
| 29  Animals. | X | | | |
| 30  Crops- growing or harvested. | X | | | |
| 31  Farming equipment and implements. | X | | | |
| 32  Farm supplies, chemicals and feed. | X | | | |
| 33  Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | Total: -> | | $3,575.00 |

Include amounts from any continuation sheets attached.  Verify Total on Summary of Schedules.

_____        Continuation sheets attached.

In Re:  **Willie Mae Smith**          **Debtor(s)**          **Case No.:**                              **(If Known)**

## SCHEDULE C- PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

- [ ] 11 U.S.C. § 522(b)(1):  Exemption provided in 11 U.S.C. § 522(d).  Note: These exemptions are available only in certain areas.
- [ ] 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Clothing | | All necessary | $400.00 |
| Automobile | | $1,200.00 | $1,700.00 |
| Balance of equity in automobile bank account, rental deposit, household goods | | $2,000.00 | $1,975.00 |
| | | Total: > | $3,750.00 |

In Re:   Willie Mae Smith
Debtor(s)       Case No: 20
Page 7 of 20

## SCHEDULE D- CREDITORS HOLDING SECURED CLAIMS

[X] Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T | H J W C | Date Claim Was Incurred, Nature of Lien and Description and Market Value of Property Subject to Lien | C U D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |
| | | | Value: | | | |
| A/C#: | | | | | | |

Total of This Page: ->
Verify Total on Summary of Schedules

In Re:    **Willie Mae Smith**                                Debtor(s)                                                    (If Known)

# SCHEDULE E- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X]    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate boxes) below if claims in that category are listed on the attached sheets.

[  ]    **Extensions of credit in an involuntary case**  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or relief.

[  ]    **Wages, salaries and commissions**      Wages, salaries and commissions including vacation, severance and sick leave paying to employees and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition or the cessation of business. whichever came first, to the extent provided in U.S.C. § 507(a)(2)

[  ]    **Contributions to employee benefit plans**      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in U.S.C. § 507(a)(4)

[  ]    **Certain farmers and fishermen**       Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[  ]    **Deposits by individuals**      Claims of individuals up to $1800* for deposits for the purchase, lease or rental of property or services for personal, family or household use, which were not delivered or provided. 11 U.S.C. § 507(a)(6).

[  ]    **Alimony, maintenance or support**      Claims of a spouse, former spouse or child of the debtor for alimony, maintenance or support to the extent provided in 11 U.S.C. § 507(a)(7).

[  ]    **Taxes and certain other debts owed to governmental units**      Taxes, customs duties and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[  ]    **Commitments to maintain the capital of an insured depository institution**      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency or Board of Governors of the Federal Reserve predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

Amounts are subject to adjustment on April 1 1998 and every three years thereafter with respect to cases commenced on the date of adjustment.

| Creditor's Name and Mailing Address Including Zip Code | C D E B T | O | H W C | Date Claim Was Incurred and consideration for claim | C U D | Total Amount For Claim | Amount Entitled To Priority |
|---|---|---|---|---|---|---|---|
| A/C#: | | | | | | | |
| | | | | Value: | | | |
| A/C#: | | | | | | | |
| | | | | Value: | | | |
| A/C#: | | | | | | | |
| | | | | Value: | | | |
| A/C#: | | | | | | | |
| | | | | Value: | | | |
| A/C#: | | | | | | | |
| | | | | Value: | | | |
| | | | | Total of This Page: -> | | | $0.00 |

_____ continuation sheets attached                                                    Verify Total on Summary of Schedules

*Enter C for Contingent, U for Unliquidated, D for Disputed

In Re:   Willie Mae Smith                           Debtor(s)      Case No :                    (If Known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| Creditor's Name and Mailing Address including Zip Code | C O D E B T | H J W C | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, So State | C U D * | Amount of Claim |
|---|---|---|---|---|---|
| A/C#:          92 M1 180574 <br> Archer Height Credit Union <br> c/o Steven J. Sparacio, Atty <br> 205 W. Randolph S-1020 <br> Chicago, IL 60606 | | | Civil suit on car debtor co-signed for son. now deceased. Automobile was repossessed. | | $29,367.07 |
| A/C#: <br> Fingerhut <br> 6250 Ridgewood Road <br> St. Cla re, MN | | | Credit card | | $1,950.00 |
| A/C#: | | | | | |
| A/C#: | | | | | |
| A/C#: | | | | | |
| A/C#: | | | | | |
| A/C#: | | | | | |
| A/C#: | | | | | |
| A/C#: | | | | | |
| A/C#: | | | | | |
| A/C#: | | | | | $31,317.07 |

_____ continuation sheets attached                    Verify Total on Summary of Schedules

*Enter C for Contingent, U for Unliquidated D for Disputed.

In Re:   **Willie Mae Smith**                         **Debtor(s)**         Case No :                              **(If Known)**

## SCHEDULE G- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Amos Nelson | Residential lease |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Re:   Willie Mae Smith                                    Debtor(s)          Case No.:                              (If Known)

# SCHEDULE H- CODEBTORS

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Previous co-debtor is deceased. Estate had no assets.<br>Joaquin Smith<br>died 2/18/03 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Re:   **Willie Mae Smith**                     Debtor(s)   Case No. _____   (If Known)

# SCHEDULE I- CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The Column Labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Single, age 74 | Lives with disabled newphew, Dorian Jerry | 33 | Newphew |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Parttime Security Officer | | |
| Social Securities Services U.S.A., Inc. | | |
| 3 years | | |
| 580 W. Jackson Chicago, IL 60661 | | |

| Income: (Estimate of Average Monthly Income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary and commission (pro rate if not paid monthly) | $1,242.00  540.96 | |
| Estimated monthly overtime | $0.00 | |
| SUBTOTAL | $1,242.00  540.16 | |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $930.00  11504 | |
| b. Insurance | $0.00 | |
| c. Union dues Requirement of employment | $82.43  41.20 | |
| c. Other (specify) | $0.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $312.58  156.54 | |
| TOTAL NET MONTHLY TAKE HOME PAY | $925.52  383.92 | $0.00 |
| Regular income from operation of business or farm (attach detailed statement) | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or of dependents listed above. | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| Social security or other government assistance (specify) | $1,156.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | # 0   0 |
| | $0.00 | $0.00 |
| Pension or retirement income              Pension 1 | $271.06 | $0.00   0 |
| Pension 2 | $179.00 | $0.00 |
| Other monthly income (specify) | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| TOTAL MONTHLY INCOME | $2,604.58  1,988.92 | $0.00 |
| TOTAL COMBINED MONTHLY INCOME | $2,604.58  1,988.92 | (Verify also on Summary of Schedules) |

Describe any anticipated increase or decrease of more than 10% in any of the above categories within the year following the filing of this document.

In Re:  **Willie Mae Smith**                     Debtor(s)        Case No.:                          (If Known)

## SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to reflect a monthly rate.

☐ Check this box if a joint petition is filed and the debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rental for mobile home) | | $775.00 |

Are real estate taxes included? ☒ Yes ☐ No   Is property insurance included? ☒ Yes ☐ No

| | | |
|---|---|---|
| Utilities: Electricity and heating fuel | | $400.00 |
| Water and sewer | | $0.00 |
| Telephone | | $75.00 |
| Other | Cable | $49.00 |
| Home maintenance (repairs and upkeep) | | $0.00 |
| Food | | $400.00 |
| Clothing | | $100.00 |
| Laundry and dry cleaning | | $60.00 |
| Medical and dental expenses | | $100.00 |
| Transportation (not including car payments) | | $140.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $80.00 |
| Charitable contributions | | $200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or Renter's | | $0.00 |
| Life | | $0.00 |
| Health | | $0.00 |
| Auto | | $88.00 |
| Other | | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | | |
| Other | | |
| Alimony, maintenance and support paid to others | | $0.00 |
| Payments for support of additional dependents not living at debtor's home | | $0.00 |
| Regular expenses from operation of business, profession or farm(attach detailed statement) | | $0.00 |
| **TOTAL MONTHLY EXPENSES** (verify amount on Summary of Schedules) | | **$2,379.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually or at some other regular interval.

A.  Total projected monthly income

B.  Total projected monthly expenses

C.  Excess income (A - B)

D.  Total amount to be paid into plan each

(Specify interval above)

*Willie Mae Smith*

Form B6-Cont. (12/03)

| | Debtor(s) | Case No. | (if known) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets,
(Total shown on summary page plus 1.)
that they are true and correct to the best of my knowledge, information, and belief.

Signature: X *Willie M. Smith*
                    Debtor

Signature: *N/A*
                    (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

*N/A*

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the ...tor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines ...imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156

---

*N/A*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                        (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Form 7 Stmt. of Financial
Affairs (8-91)

Julius Blumberg, Inc.
NYC 10013

ED STATES BANKRUPTCY COURT                    DISTRICT OF

Willie Mae Smith                    Debtor(s)          Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.
: case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses
eparated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should
de the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question
be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the
er to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

INITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose
is form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing
ative, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor
officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such
ues; any managing agent of the debtor. 11 U.S.C. §101(30).

None      1. Income from Employment or Operation of
          ness

the gross amount of income the debtor has received from em-
ment, trade, or profession, or from operation of the debtor's busi-
from the beginning of this calendar year to the date this case
commenced. State also the gross amounts received during the
years immediately preceding this calendar year. (A debtor that
tains, or has maintained, financial records on the basis of a fis-
ather than a calendar year may report fiscal year income. Iden-
he beginning and ending dates of the debtor's fiscal year.) If
t petition is filed, state income for each spouse separately. (Mar-
debtors filing under chapter 12 or chapter 13 must state income
th spouses whether or not a joint petition is filed, unless the
ses are separated and a joint petition is not filed.)
MOUNT and SOURCE (if more than one).

None      2. Income Other than from Employment or Opera-
          of Business

the amount of income received by the debtor other than from
oyment, trade, profession, or operation of the debtor's business
g the two years immediately preceding the commencement of
ase. Give particulars. If a joint petition is filed, state income
ach spouse separately. (Married debtors filing under chapter 12
apter 13 must state income for each spouse whether or not a
petition is filed, unless the spouses are separated and a joint
on is not filed.)
MOUNT and SOURCE.

ayments to Creditors

None      a. List all payments on loans, installment purchases
          ods or services, and other debts, aggregating more than $600
          y creditor, made within 90 days immediately preceding the com-
          cement of this case. (Married debtors filing under chapter 12
          apter 13 must include payments by either or both spouses whether
          t a joint petition is filed, unless the spouses are separated and
          t petition is not filed.)
          AME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID
          MOUNT STILL OWING.

None      b. List all payments made within one year immedi-
          preceding the commencement of this case to or for the benefit
          ditors who are or were insiders. (Married debtors filing under
          er 12 or chapter 13 must include payments by either or both
          ses whether or not a joint petition is filed, unless the spouses
          eparated and a joint petition is not filed.)
          AME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR,
          OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

uits, Executions, Garnishments and Attachments

None      a. List all suits to which the debtor is or was a party
          n one year immediately preceding the filing of this bankruptcy
          (Married debtors filing under chapter 12 or chapter 13 must
          de information concerning either or both spouses whether or not
          joint petition is filed, unless the spouses are separated and a
          petition is not filed.)

92 M1-180 574 Civil suit regarding car
note debtor signed for son, now deceased,
car was repossessed, Judgment for $29,367.07
Plaintiffs are seeking to garnish debtor

...mediately preceding the commencement of this case. (Married
...tors filing under chapter 12 or chapter 13 must include informa-
...concerning property of either or both spouses whether or not
...int petition is filed, unless the spouses are separated and a joint
...tion is not filed.)

NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS
...ED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

**None    5. Repossessions, Foreclosures, and Returns**

...all property that has been repossessed by a creditor, sold at a
...closure sale, transferred through a deed in lieu of foreclosure
...eturned to the seller, within one year immediately preceding the
...mmencement of this case. (Married debtors filing under chapter
...r chapter 13 must include information concerning property of
...er or both spouses whether or not a joint petition is filed, unless
...spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSES-
...I, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND
...UE OF PROPERTY.

**Assignments and Receiverships**

**None    a.** Describe any assignment of property for the benefit
...editors made within 120 days immediately preceding the com-
...cement of this case. (Married debtors filing under chapter 12
...hapter 13 must include any assignment by either or both spouses
...ther or not a joint petition is filed, unless the spouses are sepa-
...d and a joint petition is not filed.)

NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS
...ASSIGNMENT OR SETTLEMENT.

**None    b.** List all property which has been in the hands of a
...dian, receiver, or court-appointed official within one year im-
...iately preceding the commencement of this case. (Married debt-
...filing under chapter 12 or chapter 13 must include information
...erning property of either or both spouses whether or not a joint
...ion is filed, unless the spouses are separated and a joint peti-
...is not filed.)

NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT,
...TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF
...ERTY.

**None    7. Gifts**

...all gifts or charitable contributions made within one year im-
...iately preceding the commencement of this case except ordinary
...usual gifts to family members aggregating less than $200 in value
...individual family member and charitable contributions aggregating
...than $100 per recipient. (Married debtors filing under chapter
...chapter 13 must include gifts or contributions by either or both
...ses whether or not a joint petition is filed, unless the spouses
...eparated and a joint petition is not filed.)

NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP
...EBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

**None    8. Losses**

...all losses from fire, theft, other casualty or gambling within
...year immediately preceding the commencement of this case or
...the commencement of this case. (Married debtors filing un-
...chapter 12 or chapter 13 must include losses by either or both
...ses whether or not a joint petition is filed, unless the spouses
...eparated and a joint petition is not filed.)

DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUM-
...CES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,
...PARTICULARS and DATE OF LOSS.

**None    9. Payments Related to Debt Counseling or
...cruptcy**

...all payments made or property transferred by or on behalf of
...ebtor to any persons, including attorneys, for consultation con-
...ng debt consolidation, relief under the bankruptcy law or prepa-
...n of a petition in bankruptcy within one year immediately
...ding the commencement of this case.

NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR
...HER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND
...E OF PROPERTY.

*Debtor agreed to pay $700 - for this bankruptcy*

**None    10. Other Transfers**

...all other property, other than property transferred in the ordi-
...course of the business or financial affairs of the debtor, trans-
...d either absolutely or as security within one year immediately
...ding the commencement of this case. (Married debtors filing
...r chapter 12 or chapter 13 must include transfers by either or

None    **11. Closed Financial Accounts**

t all financial accounts and instruments held in the name of the
tor or for the benefit of the debtor which were closed, sold, or
erwise transferred within one year immediately preceding the com-
acement of this case. Include checking, savings, or other finan-
l accounts, certificates of deposit, or other instruments; shares
l share accounts held in banks, credit unions, pension funds,
operatives, associations, brokerage houses and other financial in-
utions. (Married debtors filing under chapter 12 or chapter 13 must
lude information concerning accounts or instruments held by or
· either or both spouses whether or not a joint petition is filed,
less the spouses are separated and a joint petition is not filed.)
e NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF AC-
UNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE
CLOSING.

None    **12. Safe Deposit Boxes**

st each safe deposit or other box or depository in which the deb-
· has or had securities, cash, or other valuables within one year
mediately preceding the commencement of this case. (Married deb-
·s filing under chapter 12 or chapter 13 must include boxes or
positories of either or both spouses whether or not a joint petition
filed, unless the spouses are separated and a joint petition is not
·d.)
e NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND
DRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION
· CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

None    **13. Setoffs**

st all setoffs made by any creditor, including a bank, against a debt
· deposit of the debtor within 90 days preceding the commence-
ent of this case. (Married debtors filing under chapter 12 or chap-
r 13 must include information concerning either or both spouses
hether or not a joint petition is filed, unless the spouses are sepa-
ted and a joint petition is not filed.)
ve NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF
TOFF.

None    **14. Property Held for Another Person**

ist all property owned by another person that the debtor holds or
ntrols.
ive NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF
OPERTY and LOCATION OF PROPERTY.

None    **15. Prior Address of Debtor**

the debtor has moved within the two years immediately preceding
e commencement of this case, list all premises which the debtor
ccupied during that period and vacated prior to the commencement
f this case. If a joint petition is filed, report also any separate ad-
ress of either spouse.
ve ADDRESS, NAME USED and DATES OF OCCUPANCY.

_____ continuation sheets attached

*Complete unsworn declaration on page 3076-5*
*There is no page 3076-4 in non-business filings*

) STATES BANKRUPTCY COURT

**DISTRICT OF**

Willie Mae Smith

Debtor(s)      Case No.
              Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

ne debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

intention with respect to the property of the estate which secures those consumer debts is as follows:

*Property to Be Surrendered.*

| Description of property | Creditor's name | H, W or J |
|---|---|---|
| __ None | | |

Property to Be Retained (Specify Realty, Redeem or Exempt to state debtors
intention concerning reaffirmation, redemption, or lien avoidance"

| Description of property | Creditor's name | Realty Red'd Exempt |
|---|---|---|
| Personal property | | Exempt |

that § 521, U.S. of the Bankruptcy Code requires that perform the above stated intention within 45 days within and prints a statement within
on additional time as the court for cause. Within such 45 day period does.

X *Willie Mae Smith*

Signature of Debtor

reaffirmed pursuant to § 524(c)
med as exempt and will be redeemed
2
ed pursuant to § 522(f) and property will

X A

Signature of Debtor

**ᴜᴇᴅ STATES BANKRUPTCY COURT**                          **DISTRICT OF**

                                                          Debtor(s)          Case No.              (If Known)

Willie Mee Smith

                                                                    **STATEMENT**
                                                              Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                                    $ ___700___
   (b) prior to filing this statement, debtor(s) have paid                               $ ___700___
   (c) the unpaid balance due and payable is                                             $ ___0___

(3) $ 209  of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
       petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

ᴅ: 3/18/05              Respectfully submitted, _Christine Marshall_ _____ _Attorney for Petitioner_

ᴇʏ's name and address: Christine Marshall, 33 W Delware , Chicago IL 60610

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

X _Willie M. Smith_ _____ _____

Debtor's Signature                Date                Case Number