# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-19627 JHS | Trustee: | (330570) DAVID P. LEIBOWITZ |
| --- | --- | --- | --- |
| Case Name: | SMITH, WILLIE MAE | Filed (f) or Converted (c): | 05/17/05 (f) |
| | | §341(a) Meeting Date: | 06/30/05 |
| Period Ending: | 05/20/08 | Claims Bar Date: | 10/21/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | BANK ACCOUNTS<br>Sherwin Williams Credit union Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 2 | SECURITY DEPOSITS<br>Rental Deposit to Amos Nelson | 775.00 | 0.00 | | 0.00 | FA |
| 3 | PERSONAL INJURY - SCHEDULED<br>Personal Injury suit against Family Dollar and Frito Lay | Unknown | 7,500.00 | | 30,356.46 | 0.00 |
| 4 | AUTOMOBILES AND OTHER VEHICLES<br>1997 Geo Metro | 1,700.00 | 500.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.23 | Unknown |
| 7 | Assets  Totals (Excluding unknown values) | $3,575.00 | $8,000.00 | | $30,360.69 | $0.00 |

**Major Activities Affecting Case Closing:**

Motion to employ Roddy has been drafted
Revise billing for work after employment before tfr.
Joseph Roddy is PI attorney. Sent letter to him for information. Need to get him employed.
Spoke with attorney today -- good liability fair damages -- dislocation to right shoulder, medical specials of $5500 generally doing OK - top $30,000
04 L 11396

Insurance company is

EXHIBIT B

Printed: 05/20/2008 01:21 PM    V.10.03

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-19627 JHS
**Case Name:** SMITH, WILLIE MAE
**Period Ending:** 05/20/08

**Trustee:** (330570)   DAVID P. LEIBOWITZ
**Filed (f) or Converted (c):** 05/17/05 (f)
**§341(a) Meeting Date:** 06/30/05
**Claims Bar Date:** 10/21/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Motion to compromise controversy - PI case settled 01/15/08
Order approving settlement sent to Jim Thompson on 2/13 kd
Contact person for settlement disbursements made Steven Azcona 219.934.2086 ext 6481

**Initial Projected Date Of Final Report (TFR):** December 30, 2008     **Current Projected Date Of Final Report (TFR):** June 30, 2008