**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SMITH, WILLIE MAE | ) | |
| | ) | CASE NO. 05 B 19627 |
| | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>    At:   U.S. BANKRUPTCY COURT
>          219 South Dearborn, Courtroom 680
>          Chicago, Illinois 60604
>
>    on:   **July 22, 2008**
>    at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

     a. Receipts                                    $     30,360.69

     b. Disbursements                               $     15,280.54

     c. Net Cash Available for Distribution         $     15,080.15

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| David P. Leibowitz | $ 0.00 | $ 3,786.07 | $ |
| David P. Leibowitz | $ 0.00 | $ | $ 94.73 |
| Lakelaw - Leibowitz Law Center | $ 0.00 | $ 2,975.00 | $ |
| Lakelaw - Leibowitz Law Center | $ 0.00 | $ | $ 21.45 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $29,556.24, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $2.38%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Archer Height Credit Union | $ 29,556.24 | $ 702.90 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago,

Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **June 17, 2008**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                  Date Rcvd: Jun 17, 2008
Case: 05-19627                 Form ID: pdf002              Total Served: 5

The following entities were served by first class mail on Jun 19, 2008.
db           +Willie Mae Smith,   318 E 144th Street,   Dolton, IL 60419-1187
aty          +Christine Marshall,   33 W Delaware,   Chicago, IL 60610-8115
aty          +James E. Thompson,   Law Offices of Joseph V. Roddy,   77 W. Washington Street,   Suite 1100,
               Chicago, IL 60602-3249
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9354742      +Chicago, IL 60606,   Fingerhut,   6250 Ridgewood Road,   St. Clare, MN 56080

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9354741       Archer Height Credit Union,   c/o Steven J. Sparacio, Attorney,   205 W. Randolph S-1020
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2008**                         **Signature:** _Joseph Speetjens_